ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01621-MMD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SUTTER CREEK HOMEOWNER'S FIRST MOTION TO DISMISS AMENDED COMPLAINT** <br><br> [FIRST REQUEST] |

Plaintiff Selene Finance L.P. (**Selene**) and Defendants Sutter Creek Homeowners Association (**HOA**), through their undersigned counsel of record, hereby stipulate as follows:

1. HOA filed its first motion to dismiss amended complaint on January 4, 2018. [ECF No. 30]. Selene's response to the motion is currently due on January 18, 2018.

2. The parties hereby stipulate and agree Selene shall have fourteen (14) additional days to file its response. The new deadline for Selene to file its response to HOA's first motion to dismiss amended complaint shall be Thursday, February 1, 2018.

. . .

. . .

. . .

. . .

1

43839950;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: January __, 2018

| **AKERMAN LLP** | **HALL JAFFE & CLAYTON, LLP** |
|---|---|
| */s/ Tenesa S. Scaturro* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 | */s/ Ashlie L. Surur* <br> MICHAEL R. HALL, ESQ. <br> Nevada Bar No. 5978 <br> ASHLIE L. SURUR, ESQ. <br> Nevada Bar No. 11290 <br> 7425 Peak Drive <br> Las Vegas, Nevada 89128 |
| *Attorneys for Selene Finance L.P.* | *Attorneys for Sutter Creek Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: __January 22, 2018_____

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572