ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO POWELL
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC, <br><br> Defendants. | Case No.: 2:17-cv-01621-MMD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SUTTER CREEK HOMEOWNER'S FIRST MOTION TO DISMISS AMENDED COMPLAINT** <br><br> [SECOND REQUEST] |

Plaintiff Selene Finance L.P. (**Selene**) and Defendants Sutter Creek Homeowners Association (**HOA**), through their undersigned counsel of record, hereby stipulate as follows:

1. HOA filed its first motion to dismiss amended complaint on January 4, 2018. ECF No. 30. Selene's response to the motion is currently due on January 18, 2018.

2. The parties stipulated to extend Selene's deadline to oppose to February 1, 2018. ECF No. 34.

3. The parties hereby stipulate and agree Selene shall have fourteen (14) additional days to file its response. The new deadline for Selene to file its response to HOA's first motion to dismiss amended complaint shall be Thursday, February 15, 2018.

. . .

. . .

1

43997477;1

4. This is the second request for an extension of this deadline and is not made for purposes of undue delay. The parties are working to resolve the issues raised in the HOA's motion to dismiss without the need for further briefing.

Dated: February 1, 2018

| **AKERMAN LLP** | **HALL JAFFE & CLAYTON, LLP** |
|---|---|
| */s/ Tenesa Scaturro Powell* | */s/ Ashlie L. Surur* |
| ARIEL E. STERN, ESQ. | MICHAEL R. HALL, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5978 |
| TENESA SCATURRO POWELL, ESQ. | ASHLIE L. SURUR, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 11290 |
| 1635 Village Center Circle, Ste. 200 | 7425 Peak Drive |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89128 |
| *Attorneys for Selene Finance L.P.* | *Attorneys for Sutter Creek Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: February 2, 2018

2

43997477;1