ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., | Case No.: 2:17-cv-01621-MMD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS SELENE FINANCE L.P.'S FOURTH CAUSE OF ACTION AS TO SUTTER CREEK HOMEOWNERS ASSOCIATION FROM ITS AMENDED COMPLAINT [ECF NO. 28]** |
| SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC, | |
| Defendants. | **AND** |
| | **WITHDRAWAL OF HOA'S MOTION TO DISMISS [ECF NO. 30]** |

Selene Finance L.P. and Sutter Creek Homeowners Association (**HOA**), through their undersigned counsel of record, hereby stipulate as follows:

Selene stipulates to dismiss the Fourth Cause of Action (Equitable Indemnification against HOA) from its Amended Complaint [ECF No. 28] filed on December 21, 2017 without prejudice.

. . .

. . .

. . .

. . .

. . .

. . .

1

44123499;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

HOA stipulates to withdraw its First Motion to Dismiss [ECF No. 30] filed on January 18, 2018 as moot.

Dated: February 15, 2018

**AKERMAN LLP**

*/s/ Tenesa S. Powell*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Selene Finance L.P.*

**HALL JAFFE & CLAYTON, LLP**

*/s/ Ashlie L. Surur*
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for Sutter Creek Homeowners Association*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**:** 2/20/2018 _____

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44123499;1