ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01621-MMD-CWH <br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| G2 VENTURES,LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> SELENE FINANCE, L.P., <br><br> Counterdefendant. | |
| G2 VENTURES, LLC, <br><br> Crossclaimant, <br><br> vs <br><br> CHAUNDRA A. LAMPLEY, <br><br> Crossdefendant. | |

46124596;1

Selene Finance L.P. and G2 Ventures, LLC, hereby stipulate and agree that Selene shall have until **September 6, 2018**, to file its reply in support of motion for summary judgment, which is currently due on August 16, 2018, pursuant to ECF No. 50. Selene's motion was filed on July 12, 2018, and G2's response was filed on August 2, 2018. The parties further stipulate and agree that G2 shall have until **September 6, 2018**, to file its reply in support of motion for summary judgment, which is currently due on August 22, 2018, pursuant to ECF No. 51. G2's motion was filed on July 18, 2018, and Selene's response was filed on August 8, 2018.

The extension is requested because both counsel have numerous briefs due as a result of the decision by the Nevada supreme court on the certified question, as well as other competing appeal briefs and trials. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of August, 2018.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP** |
|---|---|
| */s/ Tenesa S. Powell* | */s/ Christopher B. Phillips* |
| ARIEL E. STERN, ESQ. | JOHN HENRY WRIGHT, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6182 |
| TENESA POWELL, ESQ. | CHRISTOPHER B. PHILLIPS, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 14600 |
| 1635 Village Center Circle, Suite 200 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89102 |
| *Attorneys for Selene Finance L.P.* | *Attorneys for G2 Ventures LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: August 16, 2018

2

46124596;1