ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Selene Finance L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-01621-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS SUTTER CREEK HOMEOWNERS ASSOCIATION** |
| G2 VENTURES, LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>SELENE FINANCE, L.P.,<br><br>    Counterdefendant. | |
| G2 VENTURES, LLC,<br><br>    Crossclaimant,<br><br>vs<br><br>CHAUNDRA A. LAMPLEY,<br><br>    Crossdefendant. | |

47834426;1

# STIPULATION AND ORDER TO DISMISS
# SUTTER CREEK HOMEOWNERS ASSOCIATION

PLEASE TAKE NOTE that Plaintiff Selene Finance L.P. and Defendant Sutter Creek Homeowners Association by and through their respective counsel of record, hereby stipulate and agree to dismiss Selene's claims against Sutter Creek without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 25th day of February, 2019.

| **AKERMAN LLP** | **HALL JAFFE & CLAYTON, LLP** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Selene Finance L.P.* | */s/ Ashlie L. Surur*<br>MICHAEL R. HALL, ESQ.<br>Nevada Bar No. 5978<br>ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Sutter Creek Homeowners Association* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** February 26, 2019