ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:       ariel.stern@akerman.com
Email:       jamie.combs@akerman.com

*Attorneys for Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SUTTER CREEK HOMEOWNERS ASSOCIATION and G2 VENTURES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01621-MMD-CWH <br><br> **STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN SELENE FINANCE L.P. AND G2 VENTURES, LLC** |
| G2 VENTURES, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> SELENE FINANCE, L.P., <br><br> Counterdefendant. | |
| G2 VENTURES, LLC, <br><br> Crossclaimant, <br><br> vs <br><br> CHAUNDRA A. LAMPLEY, <br><br> Crossdefendant. | |

54723989;1

## STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN SELENE FINANCE, L.P. and G2 Ventures, LLC

G2 Ventures, LLC, by and through its counsel of record, John Henry Wright, Esq. and Christopher B. Phillips, Esq., of The Wright Law Group, P.C., and Selene Finance, L.P., by and through its counsel of record, Ariel E. Stern, Esq. and Jamie K. Combs, Esq., of Akerman, LLP, and hereby stipulate and agree as follows:

G2 Ventures, LLC stipulates that the HOA foreclosure sale did not extinguish the deed of trust recorded as instrument number 20080428-0001117 in the official records of Clark County, Nevada. G2 Ventures, LLC, and any other party claiming an interest in the property through G2 Ventures, LLC, are subject to the deed of trust.

Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 21st day of September, 2020.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Selene Finance L.P.* | */s/ John Henry Wright*<br>JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>CHRISTOPHER B. PHILLIPS, ESQ.<br>Nevada Bar No. 14600<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br><br>*Attorneys for G2 Ventures, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 24, 2020

54723989;1